August 15, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TOMMY EARL EDWARDS, Appellant

NO. 14-13-00593-CR                                  V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order this decision certified below for observance.